IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



FILED

MAR 0 3 2014

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

TRACY L. NORTHINGTON, )
)
Plaintiff, )
)
vs. ) No. CIV-12-1402-W
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security )
Administration,[1] )
)
Defendant. )

## ORDER

On February 14, 2014, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this case and recommended that the decision of the defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Commissioner"), denying the Applications for Disability Insurance and Supplemental Security Income filed by plaintiff Tracy L. Northington be affirmed. Northington was advised of her right to file written objections to the Report and Recommendation, but no objections have been filed within the allotted time.

Upon review of the record, the Court finds no error has occurred warranting the requested reversal and remand and concurs with Magistrate Judge Erwin's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

---

[1]Effective February 14, 2013, Carolyn W. Colvin became Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1), F.R.Civ.P., Colvin is hereby SUBSTITUTED for Michael J. Astrue as defendant in this action. See Docs. 12, 14.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 21] issued on February 14, 2014;

(2) AFFIRMS the Commissioner's decision to deny Northington's Applications for Disability Insurance and Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 3rd day of March, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE